UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:21-MJ-841 |
| | § | |
| JOSEPH MICHAEL DUPREE | § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated:  01/28/2022

BY:   /s/ George H. Lancaster, Jr.
GEORGE H. LANCASTER, JR.
Assistant Federal Public Defender
West Virginia State Bar No. 5665
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753 (TEL)
(817) 978-2757 (FAX)
George_Lancaster@fd.org

**CERTIFICATE OF SERVICE**

I, George H. Lancaster, Jr., hereby certify that on this the 28TH day of January 2022, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the United States Attorney.

 /s/ George H. Lancaster, Jr.
GEORGE H. LANCASTER, JR.
Assistant Federal Public Defender