IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA §
§
V. § NO. 4:21-MJ-841
§
JOSEPH MICHAEL DUPREE §

### WAIVER OF PRELIMINARY EXAMINATION AND CONSENT FOR MAGISTRATE JUDGE TO DETERMINE THE DETENTION ISSUE BASED ON THE INFORMATION CURRENTLY BEFORE THE COURT

I understand that I have been charged in a complaint pending in this district. Having appeared before this Court and been advised of my rights including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination. I further consent to the Magistrate Judge's considering the complaint and pretrial service report filed in this case in determining the matter of detention. I reserve my right to reopen the detention issue at a later date if needed.

_1-31-22_
Date

_[signature]_
Joseph Michael Dupree, Defendant

_[signature]_
Counsel for Defendant