UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

MINUTE ORDER

*U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS — FILED MAR 23 2022 — CLERK, U.S. DISTRICT COURT — By ___ Deputy*

| | |
|---|---|
| Type hearing: | Guilty Plea at Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:22-CR-036-Y |
| Defendant: | JOSEPH MICHAEL DUPREE (01), Sworn |
| Court Reporter: | Debbie Saenz |
| Interpreter: | n/a |
| US Attorney: | P. J. Meitl, AUSA — Levi Thomas |
| Defense Attorney: | George H. Lancaster Jr., FPD |
| Time in Court: | 10 min. |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | March 23, 2022 |
| Status: | JOSEPH MICHAEL DUPREE (01) enters a plea of guilty as to count one charged in the one-count superseding information.<br>Sentencing: 10:00 a.m. on August 9, 2022<br>PSI referral form to defendant's attorney.<br>Scheduling order to follow.<br>Deft's detention continued. |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |