IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.: 4:22-CR-036-Y |
| JOSEPH MICHAEL DUPREE (01) | |

U.S. DISTRICT COURT
OF TEXAS
FILED
MAR 23 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## WAIVER OF INDICTMENT

I, Joseph Michael Dupree, the above named defendant, who is accused in the Information with Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Signed this 23 day of March 2022.

_____
JOSEPH MICHAEL DUPREE
Defendant

_____
GEORGE LANCASTER
Attorney for Defendant