UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:22-CR-036-Y (1) |
| | § | |
| JOSEPH MICHAEL DUPREE | § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.


Dated: 04/20/2022                                BY: */s/ Loui Itoh*
                                                 Loui Itoh
                                                 Asst. Federal Public Defender
                                                 D.C. Bar No. 1018988
                                                 819 Taylor Street, Room 9A10
                                                 Fort Worth, Texas 76102
                                                 (817) 978-2753 (TEL)
                                                 (817) 978-2757 (FAX)

**CERTIFICATE OF SERVICE**

I, Loui Itoh, hereby certify that on this the 20TH day of April 2022, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the United States Attorney.


                                                 */s/ Loui Itoh*
                                                 LOUI ITOH