UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth DIVISION

HONORABLE **Terry R. Means** PRESIDING
COURT REPORTER/TAPE: **Debbie Saenz**
DEPUTY CLERK **Michelle Moon**
USPO **Kathryn Wren**
LAW CLERK
INTERPRETER

CR. No. **4:22-CR-036-Y**     DEFT. No. **(1)**

UNITED STATES OF AMERICA                §
                                        §               **P. J. Meitl,**      AUSA
v.                                      §
                                        §
**JOSEPH MICHAEL DUPREE**               §               **Loui Itoh, (F)**
Defendant's Name                                Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: **8-9-22**
Hearing Type: ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary
Time in Court: **18 mins.**
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☒ Settled/Guilty Plea ☐ None
Days in Trial:
Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held. ☒ Objections to PSI heard. ☒ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____.
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of **110 months**.
☒ .. Deft. placed on: Supervised Released for **3 years**.
☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
☒ .. Count(s) **1 of indictment** dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $ **100.00** special assessment on Count(s) **1s**
      of ☐ Complaint ☐ Indictment ☐ Information ☐ Superseding Indictment ☒ Superseding Information.

☐ ....... Deft ordered to surrender to the designated institution on _____.
☐ ....... Deft failed to appear, bench warrant to issue.
☐ ....... Bond ☐ continued ☐ revoked
☒ ....... Deft Advised of his right to appeal.
☐ ....... Deft requests Clerk to enter notice of Appeal.
☐ ....... Deft Custody/Detention continued.
☒ ....... Deft REMANDED to custody.    Court recommends incarceration at _____.

**FILED**
**August 9, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: The Court recommends that the defendant be enrolled in the Institution Residential Drug Abuse Treatment Program, if eligible.