```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF TEXAS

 3                     FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA,    ) CASE NO. 4:22-CR-036-Y
                                  )
 5            Government,         )
                                  ) FORT WORTH, TEXAS
 6   VERSUS                       )
                                  ) AUGUST 9, 2022
 7   JOSEPH MICHAEL DUPREE,       )
                                  )
 8            Defendant.          ) 2:29 P.M.

 9

10                       VOLUME 1 OF 1
                     TRANSCRIPT OF SENTENCING
11            BEFORE THE HONORABLE TERRY R. MEANS
              UNITED STATES DISTRICT COURT JUDGE
12

13   A P P E A R A N C E S:

14   FOR THE GOVERNMENT:    MR. P.J. MEITL
                            UNITED STATES DEPARTMENT OF JUSTICE
15                          NORTHERN DISTRICT OF TEXAS
                            801 Cherry Street, Suite 1700
16                          Fort Worth, Texas  76102-6882
                            Telephone:  817.252.5200
17
     FOR THE DEFENDANT:     MS. LOUI ITOH
18                          ASSISTANT FEDERAL PUBLIC DEFENDER
                            NORTHERN DISTRICT OF TEXAS
19                          819 Taylor Street, Room 9A10
                            Fort Worth, Texas  76102
20                          Telephone:  817.978.2753

21   COURT REPORTER:        MS. DEBRA G. SAENZ, CSR, RMR, CRR
                            501 W. 10th Street, Room 507
22                          Fort Worth, Texas  76102
                            Telephone:  817.850.6661
23                          E-Mail: debbie.saenz@yahoo.com

24   Proceedings reported by mechanical stenography, transcript

25   produced by computer.
```

1                    **I N D E X**

2  **PROCEEDINGS**                                    **PAGE**

3  Court's Findings.................................  05

4  Statements on Sentencing

5    By Ms. Itoh....................................  05

6    By Ms. Penny Martin...........................  08

7    By Ms. Brook Cluberhouse......................  09

8    By the Defendant..............................  11

9    By Mr. Meitl..................................  12

10  Sentence of the Court...........................  13

11  Government's Motion to Dismiss..................  15

12  Court's Ruling..................................  15

13  Reporter's Certificate..........................  16

14  Word Index......................................  17

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | August 9, 2022 - 2:29 p.m. |
| 3 | *(Various participants wearing masks)* |
| 4 | *THE COURT:*  Next before the Court is the sentencing |
| 5 | of Joseph Michael Dupree, Cause Number 4:22-CR-036-Y, United |
| 6 | States of America versus Joseph Michael Dupree. |
| 7 | Are the parties ready to proceed? |
| 8 | *MR. MEITL:*  Yes, Your Honor.  P.J. Meitl for the |
| 9 | government. |
| 10 | *MS. ITOH:*  Good afternoon, Your Honor.  Loui Itoh on |
| 11 | behalf of Mr. Dupree.  We're also ready. |
| 12 | *THE COURT:*  Thank you, ma'am. |
| 13 | Mr. Dupree, please acknowledge your presence in |
| 14 | court for the record by stating your full name. |
| 15 | *THE DEFENDANT:*  Joseph Michael Dupree. |
| 16 | *THE COURT:*  Mr. Dupree, you appeared before |
| 17 | Magistrate Judge Jeffrey Cureton on March 23, 2022, at which |
| 18 | time you entered a plea of guilty to Count 1 of the |
| 19 | superseding information charging you with possession of a |
| 20 | stolen firearm, in violation of 18 United States Code Sections |
| 21 | 922(j) and 924(a)(2). |
| 22 | On that date, Judge Cureton found that your plea of |
| 23 | guilty was a knowing and voluntary plea supported by an |
| 24 | independent basis in fact containing each of the essential |
| 25 | elements of the offense. |

1          You told him at that time that you understood the

2     elements of the offense, agreed to the accuracy of the factual

3     resume, and admitted that you committed all essential elements

4     of the offense.

5          Accordingly, on April 7, 2022, I entered an order

6     accepting your plea and adjudging you guilty of the crime

7     alleged in the superseding information against you.

8          This plea of guilty was taken pursuant to a plea

9     agreement.  I've reviewed that plea agreement and the charge

10    to which you have pled guilty, and I have determined that that

11    charge does adequately reflect the seriousness of your actual

12    offense behavior so that accepting the plea agreement will not

13    undermine the statutory purposes of sentencing.  Also, all

14    relevant conduct has been taken into consideration in the

15    calculation of the total offense level.

16         Therefore, the plea agreement is accepted, and the

17    judgment and sentence will be consistent with it.

18         Ms. Itoh, did you and your client receive in a

19    timely manner a copy of the presentence report and the

20    addendum to the report?

21         *MS. ITOH:*  We have, Your Honor.  We've reviewed

22    both, and we agree with the addendum.

23         *THE COURT:*  All right.  Thank you.

24         And has the government received that timely?

25         *MR. MEITL:*  Yes, Your Honor.

1          THE COURT:  There being no objections to the fact

2    findings in the presentence report and its addendum, I adopt

3    those findings as my own.

4          And there being no objections to the probation

5    officer's conclusions set forth in the presentence report as

6    to the appropriate guideline calculations, I adopt those

7    conclusions and determine that the appropriate guideline

8    calculations are:

9          Total offense level 25; Criminal History Category

10   VI; imprisonment range 110 to 120 months; supervised release

11   range 1 to 3 years; and a fine range of 20,000 to $200,000;

12   plus the costs of imprisonment and supervision.

13          I've received several letters on behalf of the

14   defendant.  I did read those, and I suspect you have something

15   further to add.

16          MS. ITOH:  Yes, Your Honor.

17          THE COURT:  Go ahead.

18          MS. ITOH:  Thank you.

19          Your Honor, many defendants who come before this

20   Court have had difficult childhoods, but I think the hurt, the

21   pain, and the emotional abuse that Mr. Dupree went through is

22   unusual.  He doesn't know anything about his biological

23   parents, other than that they did not want him.

24          He was adopted into an abusive family.  They were

25   told that they couldn't have any children of their own, but

1   shortly after adopting Mr. Dupree, they had two babies.  The

2   father left the mother.  He decided it was too much, and then

3   the mother was trying to care for three babies on her own.

4   She was working, but she struggled to make ends meet.

5          As a child, Mr. Dupree lived in hotels and trailer

6   parks that weren't safe.  He remembers going to bed hungry as

7   his family often did not have enough to eat.

8          But I think what's really unusual about his

9   childhood is the degree to which his adoptive mother resented

10  him and blamed him for her poverty.  She slapped him, she

11  punched him, she threw pots and pans at him, but even worse

12  was the emotional abuse.  His adopted family was white.

13  Mr. Dupree is African-American, and his mother used the N word

14  against him as a racial slur.  His younger brother, not

15  knowing any better, adopted the practice.

16         So, that was the situation that Mr. Dupree grew up

17  in, and so when he was 17, he left home.  He didn't look back,

18  and his last contact with his mother was in 2010 when his

19  brother was killed in a motorcycle accident.  She wrote to

20  Mr. Dupree and told him that she wished he had died instead.

21         And so Mr. Dupree has emotional scars.  He felt

22  unloved and unwanted by two sets of parents.  And so, at the

23  age of 12, he started using marijuana and methamphetamine.  He

24  became addicted.  Perhaps he relied on drugs to fill that hole

25  in his heart from just feeling unloved as a child.

```
 1            Mr. Dupree has a criminal history, but we submit
 2    that criminal history is reflective of his addiction.  He's
 3    determined to overcome his addiction, and he asks the Court to
 4    recommend his admission into the RDAP program.
 5            Now, despite not having a single loving parent
 6    during his childhood, Mr. Dupree has stepped up to being a
 7    father to his -- he's common-law married to Brook Cluberhouse,
 8    who is in court supporting him today.  So he stepped up to
 9    being a father to her two sons, who are not his biological
10    children.
11            In addition, there's another child.  It's a little
12    unclear as to whether it's actually Mr. Dupree's child as the
13    child has blond hair and blue eyes, but nevertheless,
14    Mr. Dupree has provided financially for that child, and he
15    wants to be present in his life.
16            Prior to his arrest, Mr. Dupree worked for a
17    building sterilizing company, and he's an extremely talented
18    artist.  We've attached one of his drawings along with the
19    letters submitted to the Court.
20            THE COURT:  I saw that.
21            MS. ITOH:  He's actually teaching a class for other
22    inmates at FMC Fort Worth, and he's earned his GED.  He's
23    taken two-and-a-half years of college classes, and he plans to
24    continue his art education.  He wants to continue teaching
25    others, and he wants to work as a tattoo artist when he's
```

1   released.

2           So, for all those reasons, Your Honor, we're asking

3   for the low end of his guidelines range.  We're asking for

4   RDAP.  We're asking for placement in Fort Worth, or as close

5   to Fort Worth as possible, so he can see his family.

6           And with the Court's permission, he has some family

7   members that would like to address the Court.

8           THE COURT:  All right.  Bring them forward.

9           MS. ITOH:  All right.  We would like to call Penny

10  Martin, who is a close family friend.

11          THE COURT:  You may be seated, sir.

12          THE DEFENDANT:  Thank you.

13          THE COURT:  Good afternoon, Ms. Martin.  What did

14  you want to say to the Court?

15          MS. PENNY MARTIN:  Good afternoon.  As she was

16  saying, you know, Joseph started out on a rough patch with

17  parents that didn't care, didn't want, abusive.  For the last

18  almost 12 years now, for all intents and purposes, I've tried

19  to stand up and show him what being part of a family is about

20  and being the best mom to him that I could be.  I'm not his

21  mother or --

22          THE COURT:  I understand.

23          MS. PENNY MARTIN:  -- but for all intents and

24  purposes, I have been.

25          THE COURT:  Okay.

```
 1              MS. PENNY MARTIN:  He does -- he got mixed up with

 2      the wrong crowd because of his drug addiction, but that's just

 3      because, I feel, that he was searching just to be accepted, to

 4      be wanted, to be loved.  I've tried my best to give him all

 5      the love that I can and support that I can.

 6              He does have a young son that's less than a year old

 7      right now that needs him, the one they were talking about

 8      that's in question.  He loves that baby and that baby loves

 9      him.  I saw that with my own eyes because I'm the one that

10      picked the baby up from the hospital when he was two days old,

11      and he needs that baby and that baby needs him.

12              He is an amazing artist.  She's right on that.  I

13      have several portraits of myself that he drew just from

14      pictures that he had taken that I had sent him.  Outstanding

15      work.  He's highly intelligent.  He is a leader.  People

16      follow him.

17              And I think if he gets help with his addiction and

18      he goes to this program, I think there's nothing that will

19      stop him moving forward and putting all of this behind him.

20              THE COURT:  All right.  Thank you.

21              MS. PENNY MARTIN:  Thank you.

22              MS. ITOH:  Now we would like to call Brook

23      Cluberhouse, his common-law wife.

24              THE COURT:  Okay.  Go ahead.  Thank you.

25              MS. BROOK CLUBERHOUSE:  Hi.  I'm Brook Cluberhouse,
```

1    and I am not very good at speaking in public, so I wrote this

2    down.

3            THE COURT:  That's fine.  Just don't go so fast we

4    can't keep up with you and get what you say in the court

5    record.

6            MS. BROOK CLUBERHOUSE:  Okay.  Joseph is one of the

7    type people you'll never forget.  He's funny, genuine, and

8    loyal.  Despite all the hardships he faced being adopted into

9    an abusive family, he has become the glue to his family he

10   created today -- or glue to the family he created today.

11           He's my friend of 10 years, and the love of my life.

12   He's a wonderful father, and we have two beautiful boys who he

13   plans on fully adopting.  Both our sons were diagnosed with

14   the Autism around the age of one, and he has been so patient

15   with them and always making them giggle.

16           Joseph is a talented guitar player, and if our son,

17   Jace, could, he would just sit in front of him and watch him

18   play for days.  Our eldest son loves to jump on the trampoline

19   with him and play in the sprinkler.  He's been very productive

20   in their lives, and they adore him.

21           He has been -- he is a self-sacrificing person and

22   missed everyday by his family.  We have a goal one day of

23   owning our own graphic design business, and he is one of the

24   most talented artists I think I've ever seen.  He's not only

25   missed everyday, but he's needed by everyone who loves him.

1    In the past, he's lacked a good support system and stable

2    living situation.  He now has not only that, but two jobs

3    available to him as soon as he gets home with reliable

4    transportation.

5         He's been there for my mother and my kids more than

6    I could say.  He's helped my grandmother and mother

7    financially and would give the world -- give us the world if

8    he could.  He's never took -- and he would give anyone the

9    shirt off his back.  He honestly is one of the biggest

10   blessings to ever enter mine and my family's life.

11        *THE COURT:*  Thank you.

12        *MS. ITOH:*  And, Your Honor, Mr. Dupree would like to

13   address the Court.

14        *THE COURT:*  All right.  Please step forward.

15        *THE DEFENDANT:*  Thank you, sir.

16        Sir, I would like to apologize to the courts today

17   for my actions, and I'm here to accept my consequences for

18   such.  I thought I used to know what consequences were, but

19   now that I see that I have a family, I actually truly

20   understand what consequences might be, and consequences just

21   don't effect you, but they effect the people that care about

22   you.

23        I got three kids that need me, two of them Autism

24   and need a father, one growing up, and I -- I don't know how,

25   a wife who needs me.  She's at home all by herself trying to

```
1    take care of everything; a mother that needs me.  I never knew

2    what it was to have people until recently, and I know I

3    botched -- I know I botched being new to it so quickly, but I

4    think I have a firmer understanding of what it means to now.

5              I have some ideas in place.  I'm trying to work on

6    myself, so I can have the means and the necessary ends to do

7    so while I'm at FMC, work on my artwork, work on my plans so I

8    can do a future.

9              I'm 38.  Today is my anniversary, and I'm sitting

10   here looking at it and this is what I'm giving to my family,

11   you know, for my wife for an anniversary present.  I got

12   Christmases I'm thinking about.  I know that I can't do this

13   again.

14             THE COURT:  All right, sir.

15             THE DEFENDANT:  Thank you.

16             THE COURT:  Thank you.

17             Does the government wish to be heard?

18             MR. MEITL:  Your Honor, only to discuss the fact

19   that he received a benefit through the charge, which capped

20   him at 10 years, which brought it down from 137 months at the

21   top end of the guidelines down to 120 months.

22             Of course, his criminal history is pretty extreme.

23   For the last 10 years, he's been in and out of prison with an

24   escalating amount of prison time.  He went from 2 years to 5

25   years, and now he's facing this, so it doesn't appear
```

1    deterrence has worked very well with this defendant.

2              THE COURT:  All right.  Thank you.

3              I'll now state the sentence determined after

4    consideration of all of the factors set out in Title 18 United

5    States Code Section 3553, including especially the advisory

6    sentencing guidelines issued by the sentencing commission and

7    the conduct admitted by Mr. Dupree in his factual resume.  The

8    attorneys will have a final chance to make legal objections

9    before sentence is finally imposed.

10             It is the judgment of the Court that the defendant,

11   Joseph Michael Dupree, in Case Number 4:22-CR-036-Y, be

12   committed to the custody of the Federal Bureau of Prisons for

13   a period of 110 months.

14             I recommend that he be enrolled in the comprehensive

15   drug treatment program offered by the Bureau of Prisons.

16             The Court does not order a fine or costs of

17   incarceration because Mr. Dupree does not have the financial

18   resources or future earning capacity to pay a fine or costs of

19   incarceration.

20             Restitution is not ordered because there is no

21   victim other than society at large.

22             Upon release from imprisonment, Mr. Dupree shall be

23   on supervised release for a term of 3 years.  While on

24   supervised release, he shall comply with the standard

25   conditions recommended by the United States Sentencing

1    Commission at Section 5D1.3(c) of the U.S. Sentencing

2    Commission Guidelines Manual, and comply with certain other

3    conditions that have been set out in a separate order signed

4    by me this day and offered to Mr. Dupree for his review and

5    signature.

6            He has now returned that order to me, with his

7    signature, indicating his receipt of those other conditions,

8    his understanding of them, his waiver of having them read here

9    in open court, and his agreement to be bound by them and

10   subject to revocation for any violation of them -- and he does

11   waive the reading of them in open court.

12           In addition, he's ordered to pay a mandatory special

13   assessment of $100.

14           A sentence of 110 months is sufficient, but not

15   greater than necessary, to comply with the purposes set forth

16   in paragraph 2 of Section 3553(a), that is, reflect the

17   seriousness of and provide just punishment for the offense,

18   promote respect for the law, afford adequate deterrence to

19   criminal conduct, and protect the public from further crimes

20   of the defendant.

21           I have now stated the sentence and the reasons

22   therefor.  I call upon the parties to indicate any legal

23   reason why sentence may not be imposed as stated.

24               *MR. MEITL:*  Nothing from the government, Your Honor.

25               *MS. ITOH:*  Nothing, Your Honor.

1          THE COURT:  Sentence is then imposed as stated.

2          Mr. Dupree, you have the -- you have waived -- let's

3     see.

4          Does the government have a motion?

5          MR. MEITL:  Yes, Your Honor.  We move to dismiss the

6     indictment.

7          THE COURT:  The indictment is dismissed.

8          Mr. Dupree, you have the right to appeal the

9     sentence that has been imposed and to -- pardon me, you have

10    waived your right -- let me back up.

11         You have waived your right to appeal your sentence

12    and to complain of it in a collateral proceeding; however, you

13    have reserved from those waivers and you do retain the right

14    to complain of any errors in arithmetic that I may have made

15    in the calculation of your total offense level or your

16    criminal history category, also the right to challenge the

17    voluntariness of your plea of guilty and/or your waiver of

18    appellate rights, and the right to complain of any ineffective

19    assistance of counsel.

20         If you decide to appeal on any ground, you do have

21    the right to apply for leave to appeal in forma pauperis, if

22    you are unable to pay the costs of an appeal.

23         I have before me an instrument entitled Notice of

24    Right to Appeal Sentence that you have signed and returned to

25    the Court.  Please understand that this is the Court's notice

1     to you that you have the right to appeal.  It is not your

2     notice to the Court that you are, in fact, appealing.

3              And if you wish to appeal, you must do so within 14

4     days, in writing, filed with the court, and Ms. Itoh will

5     assist you in that if you ask her to.

6              Do you have any questions, sir?

7              *THE DEFENDANT:*  No, sir.

8              *THE COURT:*  You are remanded to the custody of the

9     United States Marshal.  Good luck to you, sir.

10             *MS. ITOH:*  May I be excused, Your Honor?

11             *THE COURT:*  Yes, ma'am.  Thank you.

12             *MR. MEITL:*  May I, Your Honor?

13             *THE COURT:*  Yes, sir.  Thank you.

14             *(End of Proceedings)*

**REPORTER'S CERTIFICATE**

15        I, Debra G. Saenz, CSR, RMR, CRR, certify that the
      foregoing is a true and correct transcript from the record
16    of proceedings in the foregoing entitled matter.
          Further, due to the COVID-19 pandemic, various
17    participants wore masks or were heard via videoconference,
      so proceedings were transcribed to the best of my ability.
18        I further certify that the transcript fees format
      comply with those prescribed by the Court and the Judicial
19    Conference of the United States.
          Signed this 24th day of October, 2022.
20
                          /s/ Debra G. Saenz
21                        DEBRA G. SAENZ, CSR, RMR, CRR
                          Texas CSR No. 3158, Exp. 1/31/2024
22                        Official Court Reporter
                          The Northern District of Texas
23                        Fort Worth Division
      Business Address:   501 W. 10th Street, Room 507
24                        Fort Worth, Texas  76102
      Telephone:          817.850.6661
25    E-Mail Address:     debbie.saenz@yahoo.com

MR. MELTZER: [6] 3/10 3/25 12/18 14/21
15/5 16/12
MS. BROOK CLUBERHOUSE: [2]
9/25 10/6
MS. ITOH: [10] 3/10 4/21 5/16 5/18
7/21 8/9 9/22 11/12 14/25 16/10
MS. PENNY MARTIN: [4] 8/15 8/23
9/1 9/21
THE COURT: [25]
THE DEFENDANT: [5] 3/15 8/12
11/15 12/15 16/7

## $

$100 [1] 14/13
$200,000 [1] 5/11

## /

/s [1] 16/20

## 0

05 [2] 2/3 2/5
08 [1] 2/6
09 [1] 2/7

## 1

1/31/2024 [1] 16/21
10 [3] 10/11 12/20 12/23
10th [2] 1/21 16/23
11 [1] 2/8
110 [3] 5/10 13/13 14/14
12 [3] 2/9 6/23 8/18
120 [2] 5/10 12/21
13 [1] 2/10
137 [1] 12/20
14 [1] 16/3
15 [2] 2/11 2/12
16 [1] 2/13
17 [2] 2/14 6/17
1700 [1] 1/15
18 [2] 3/20 13/4
19 [1] 16/16

## 2

20,000 [1] 5/11
2010 [1] 6/18
2022 [5] 1/6 3/2 3/17 4/5 16/19
2024 [1] 16/21
23 [1] 3/17
24th [1] 16/19
25 [1] 5/9
2:29 [2] 1/8 3/2

## 3

3158 [1] 16/21
3553 [2] 13/5 14/16
38 [1] 12/9

## 4

4:22-CR-036-Y [3] 1/4 3/5 13/11

## 5

501 [2] 1/21 16/23
507 [2] 1/21 16/23
5D1.3 [1] 14/1

## 6

6882 [1] 1/16

## 7

76102-3 [1] 1/16
76102-6882 [1] 1/16

## 8

801 [1] 1/15
817.252.5200 [1] 1/16
817.850.6661 [2] 1/22 16/24
817.978.2753 [1] 1/20
819 [1] 1/19

## 9

922 [1] 3/21
924 [1] 3/21
9A10 [1] 1/19

## A

ability [1] 16/17
about [6] 5/22 6/8 8/19 9/7 11/21 12/12
abuse [2] 5/21 6/12
abusive [3] 5/24 8/17 10/9
accept [1] 11/17
accepted [2] 4/16 9/3
accepting [2] 4/6 4/12
accident [1] 6/19
Accordingly [1] 4/5
accuracy [1] 4/2
acknowledge [1] 3/13
actions [1] 11/17
actual [1] 4/11
actually [3] 7/12 7/21 11/19
add [1] 5/15
addendum [3] 4/20 4/22 5/2
addicted [1] 6/24
addiction [4] 7/2 7/3 9/2 9/17
addition [2] 7/11 14/12
address [4] 8/7 11/13 16/23 16/25
adequate [1] 14/18
adequately [1] 4/11
adjudging [1] 4/6
admission [1] 7/4
admitted [2] 4/3 13/7
adopt [2] 5/2 5/6
adopted [4] 5/24 6/12 6/15 10/8
adopting [2] 6/1 10/13
adoptive [1] 6/15
adore [1] 10/20
advisory [1] 13/5
afford [1] 14/18
African [1] 6/13
African-American [1] 6/13
after [2] 6/1 13/3
afternoon [3] 3/10 8/13 8/15
again [1] 12/13
against [2] 4/7 6/14
age [2] 6/23 10/14
agree [1] 4/22
agreed [1] 4/2
agreement [5] 4/9 4/9 4/12 4/16 14/9
ahead [2] 5/17 9/24
all [17]
alleged [1] 4/7
almost [1] 8/18
along [1] 7/18
also [3] 3/11 4/13 15/16
always [1] 10/15
am [1] 10/1
amazing [1] 9/12
AMERICA [2] 1/4 3/6

## A (cont.)

American [1] 6/13
amount [1] 12/24
anniversary [1] 9/13
another [1] 7/11
any [8] 5/25 6/15 14/10 14/22 15/14
15/18 15/20 16/6
anyone [1] 11/8
anything [1] 5/22
apologize [1] 11/16
appeal [8] 15/8 15/11 15/20 15/21
15/22 15/24 16/1 16/3
appealing [1] 16/2
appear [1] 12/25
appeared [1] 3/16
appellate [1] 15/18
apply [1] 15/21
appropriate [2] 5/6 5/7
April [1] 4/5
April 7 [1] 4/5
are [6] 3/7 5/8 7/9 15/22 16/2 16/8
arithmetic [1] 15/14
around [1] 10/14
arrest [1] 7/16
art [1] 7/24
artist [3] 7/18 7/25 9/12
artists [1] 10/24
artwork [1] 12/7
as [16] 5/3 5/5 6/5 6/6 6/14 6/25 7/12
7/12 7/25 8/4 8/5 8/15 11/3 11/3 14/23
15/1
ask [1] 16/5
asking [3] 8/2 8/3 8/4
asks [1] 7/3
assessment [1] 14/13
assist [1] 16/5
assistance [1] 15/19
ASSISTANT [1] 1/18
attached [1] 7/18
attorneys [1] 13/8
AUGUST [2] 1/6 3/2
Autism [2] 10/14 11/23
available [1] 11/3

## B

babies [2] 6/1 6/3
baby [5] 9/8 9/8 9/10 9/11 9/11
back [3] 6/17 11/9 15/10
basis [1] 3/24
be [15] 4/17 7/15 8/11 8/20 9/3 9/4 9/4
11/20 12/17 13/11 13/14 13/22 14/9
14/23 16/10
beautiful [1] 10/12
became [1] 6/24
because [5] 9/2 9/3 9/9 13/17 13/20
become [1] 10/9
bed [1] 6/6
been [9] 4/14 8/24 10/14 10/19 10/21
11/5 12/23 14/3 15/9
been -- he [1] 10/21
before [4] 1/11 3/4 3/16 5/19 13/9
15/23
behalf [2] 3/11 5/13
behavior [1] 4/12
behind [1] 9/19
being [8] 5/1 5/4 7/6 7/9 8/19 8/20 10/8
12/3
benefit [1] 12/19
best [3] 8/20 9/4 16/17
better [1] 6/15
biggest [1] 11/9

## B

biological [2] 6/25 7/9
blamed [1] 6/10
blessings [1] 11/10
blond [1] 7/13
blue [1] 7/13
botched [2] 12/3 12/3
botched -- I [1] 12/3
both [2] 4/22 10/13
bound [1] 14/9
boys [1] 10/12
Bring [1] 8/8
Brook [4] 2/7 7/7 9/22 9/25
brother [2] 6/14 6/19
brought [1] 12/20
building [1] 7/17
Bureau [2] 13/12 13/15
business [2] 10/23 16/23

## C

calculation [2] 4/15 15/15
calculations [2] 5/6 5/8
call [3] 8/9 9/22 14/22
can [5] 8/5 9/5 9/5 12/6 12/8
can't [2] 10/4 12/12
capacity [1] 13/18
capped [1] 12/19
care [4] 6/3 8/17 11/21 12/1
CASE [2] 1/4 13/11
category [2] 5/9 15/16
Cause [1] 3/5
certain [1] 14/2
Certificate [2] 2/13 16/14
certify [2] 16/15 16/18
challenge [1] 15/16
chance [1] 13/8
charge [3] 4/9 4/11 12/19
charging [1] 3/19
Cherry [1] 1/15
child [6] 6/5 6/25 7/11 7/12 7/13 7/14
childhood [2] 6/9 7/6
childhoods [1] 5/20
children [2] 5/25 7/10
Christmases [1] 12/12
class [1] 7/21
classes [1] 7/23
client [1] 4/18
close [2] 8/4 8/10
Cluberhouse [4] 2/7 7/7 9/23 9/25
Code [2] 3/20 13/5
collateral [1] 15/12
college [1] 7/23
come [1] 5/19
commission [3] 13/6 14/1 14/2
committed [1] 4/3 13/12
common [2] 7/7 9/23
common-law [2] 7/7 9/23
company [1] 7/17
complain [3] 15/12 15/14 15/18
comply [4] 13/24 14/2 14/15 16/18
comprehensive [1] 13/14
computer [1] 1/25
conclusions [2] 5/5 5/7
conditions [3] 13/25 14/3 14/7
conduct [3] 4/14 13/7 14/19
Conference [1] 16/19
consequences [4] 11/17 11/18 11/20 11/20
consideration [2] 4/14 13/4

consistent [1] 4/17
contact [1] 6/18
containing [1] 16/4
continue [2] 7/24 7/24
copy [1] 4/19
correct [1] 16/15
costs [4] 5/12 13/16 13/18 15/22
could [4] 8/20 10/17 11/6 11/8
couldn't [1] 5/25
counsel [1] 15/19
Count [1] 3/18
course [1] 12/22
court [23]
Court's [4] 2/3 2/12 8/6 15/25
courts [1] 11/16
COVID [1] 16/16
COVID-19 [1] 16/16
CR [3] 1/4 3/5 13/11
created [2] 10/10 10/10
crime [1] 4/6
crimes [1] 14/19
criminal [6] 5/9 7/1 7/2 12/22 14/19 15/16
crowd [1] 9/2
CRR [3] 1/21 16/15 16/21
CSR [4] 1/21 16/15 16/21 16/21
Cureton [2] 3/17 3/22
custody [2] 13/12 16/8

## D

date [1] 3/22
day [3] 10/22 14/4 16/19
days [3] 9/10 10/18 16/4
debbie.saenz [2] 1/23 16/25
DEBRA [4] 1/21 16/15 16/20 16/21
decide [1] 15/20
decided [1] 6/2
defendant [7] 1/17 2/8 5/14 13/1 13/10 14/20
defendants [1] 5/19
DEFENDER [1] 1/18
degree [1] 6/9
DEPARTMENT [1] 1/14
design [1] 10/23
despite [2] 7/5 10/8
determine [1] 5/7
determined [3] 4/10 7/3 13/3
deterrence [2] 13/1 14/18
diagnosed [1] 10/13
did [5] 4/18 5/14 5/23 6/7 8/13
didn't [3] 6/17 8/17 8/17
died [1] 6/20
difficult [1] 5/20
discuss [1] 12/18
dismiss [2] 2/11 15/5
dismissed [1] 15/7
DISTRICT [6] 1/1 1/12 1/11 1/15 1/18 16/22
DIVISION [2] 1/3 16/23
do [7] 12/6 12/8 12/12 15/13 15/20 16/3 16/6
does [8] 4/11 9/1 9/6 12/17 13/16 13/17 14/10 15/4
does -- he [1] 9/1
doesn't [2] 5/22 12/25
don't [3] 10/3 11/21 11/24
down [3] 10/2 12/20 12/21
drawings [1] 7/18
drew [1] 9/13
drug [2] 9/2 13/15

drugs [1] 6/24
due [1] 16/16
DUPREE [2] 1/26
Dupree's [1] 7/12
during [1] 7/6

## E

E-Mail [1] 1/23 16/25
each [1] 3/24
earned [1] 7/22
earning [1] 13/18
eat [1] 6/7
education [1] 7/24
effect [2] 11/21 11/21
eldest [1] 10/18
elements [3] 3/25 4/2 4/3
emotional [3] 5/21 6/12 6/21
end [3] 8/3 12/21 16/14
ends [2] 6/4 12/6
enough [1] 6/7
enrolled [1] 13/14
enter [1] 11/10
entered [2] 3/18 4/5
entitled [2] 15/23 16/16
errors [1] 15/14
escalating [1] 12/24
especially [1] 13/5
essential [2] 3/24 4/3
even [1] 6/11
ever [2] 10/24 11/10
everyday [2] 10/22 10/25
everyone [1] 10/25
everything [1] 12/1
excused [1] 16/10
Exp [1] 16/21
extreme [1] 12/22
extremely [1] 7/17
eyes [2] 7/13 9/9

## F

faced [1] 10/8
facing [1] 12/25
fact [4] 3/24 5/1 12/18 16/2
factors [1] 13/4
factual [2] 4/2 13/7
family [13] 5/24 6/7 6/12 8/5 8/6 8/10 8/19 10/9 10/9 10/10 10/22 11/19 12/10
family's [1] 11/10
fast [1] 10/3
father [5] 6/2 7/7 7/9 10/12 11/24
FEDERAL [2] 1/18 13/12
feel [1] 9/3
feeling [1] 6/25
fees [1] 16/18
felt [1] 6/21
filed [1] 16/4
fill [1] 6/24
final [1] 13/8
finally [1] 13/9
financial [1] 13/17
financially [2] 7/14 11/7
findings [3] 2/3 5/2 5/3
fine [4] 5/11 10/3 13/16 13/18
firearm [1] 3/20
firmer [1] 12/7
FMC [2] 7/22 12/7
follow [1] 9/16
foregoing [2] 16/15 16/16
forget [1] 10/7

## F

focus [1] 15/21
format [1] 16/18
FORT [10] 1/3 1/5 1/16 1/19 1/22 7/22
 8/4 8/5 16/23 16/24
forth [2] 5/5 14/15
forward [3] 8/8 9/19 11/14
found [1] 3/22
friend [2] 8/10 10/11
front [1] 10/17
full [1] 3/14
fully [1] 10/13
funny [1] 10/7
further [4] 5/15 14/19 16/16 16/18
future [2] 12/8 13/18

## G

GED [1] 7/22
genuine [1] 10/7
get [1] 10/4
gets [2] 9/17 11/3
giggle [1] 10/15
give [4] 9/4 11/7 11/7 11/8
giving [1] 12/10
glue [2] 10/9 10/10
go [3] 5/17 9/24 10/3
goal [1] 10/22
goes [1] 9/18
going [1] 6/6
good [6] 3/10 8/13 8/15 10/1 11/1 16/9
got [3] 9/1 11/23 12/11
government [7] 1/5 1/14 3/9 4/24 12/17
 14/24 15/4
Government's [1] 2/11
grandmother [1] 11/6
graphic [1] 10/23
greater [1] 14/15
grew [1] 6/16
ground [1] 15/20
growing [1] 11/24
guideline [2] 5/6 5/7
guidelines [4] 8/3 12/21 13/6 14/2
guilty [6] 3/18 3/23 4/6 4/8 4/10 15/17
guitar [1] 10/16

## H

had [5] 5/20 6/1 6/20 9/14 9/14
hair [1] 7/13
half [1] 7/23
hardships [1] 10/8
has [15] 4/14 4/24 6/21 7/1 7/6 7/13
 7/14 8/6 10/9 10/14 10/21 11/2 13/1
 14/6 15/9
have [34]
having [2] 7/5 14/8
he [54]
he's [21]
heard [2] 12/17 16/17
heart [1] 6/25
help [1] 9/17
helped [1] 11/6
her [4] 6/3 6/10 7/9 16/5
here [3] 11/17 12/10 14/8
herself [1] 11/25
Hi [1] 9/25
highly [1] 9/15
him [27]
his [39]
his -- he's [1] 7/7

## I

history [5] 5/9 7/1 7/2 12/22 15/16
hole [1] 6/24
honestly [1] 11/9
Honor [14] 3/8 3/10 4/21 4/25 5/16
 5/19 8/2 11/12 12/18 14/24 14/25 15/5
 16/10 16/12
HONORABLE [1] 1/11
hospital [1] 9/10
hotels [1] 6/5
how [1] 11/24
however [1] 15/12
hungry [1] 6/6
hurt [1] 5/20

## I

I -- I [1] 11/24
I'll [1] 13/3
I'm [10] 8/20 9/9 9/25 11/17 12/5 12/7
 12/9 12/9 12/10 12/12
I've [5] 4/9 5/13 8/18 9/4 10/24
ideas [1] 12/5
imposed [4] 13/9 14/23 15/1 15/9
imprisonment [3] 5/10 5/12 13/22
incarceration [2] 13/17 13/19
including [1] 13/5
independent [1] 3/24
Index [1] 2/14
indicate [1] 14/22
indicating [1] 14/7
indictment [2] 15/6 15/7
ineffective [1] 15/18
information [2] 3/19 4/7
inmates [1] 7/22
instead [1] 6/20
instrument [1] 15/23
intelligent [1] 9/15
intents [2] 8/18 8/23
is [30]
issued [1] 13/6
it [11] 4/17 6/2 12/2 12/3 12/4 12/10
 12/20 12/25 13/10 15/12 16/1
it's [2] 7/11 7/12
ITOH [5] 1/17 2/5 3/10 4/18 16/4
its [1] 5/2

## J

Jace [1] 10/17
Jeffrey [1] 3/17
jobs [1] 11/2
JOSEPH [8] 1/7 3/5 3/6 3/15 8/16 10/6
 10/16 13/11
JUDGE [3] 1/11 3/17 3/22
judgment [2] 4/17 13/10
Judicial [1] 16/18
jump [1] 10/18
just [8] 6/25 9/2 9/3 9/13 10/3 10/17
 11/20 14/17
JUSTICE [1] 1/14

## K

keep [1] 10/4
kids [2] 11/5 11/23
killed [1] 6/19
knew [1] 12/1
know [8] 5/22 8/16 11/18 11/24 12/2
 12/3 12/11 12/12
knowing [2] 3/23 6/15

## L

lacked [1] 11/4
large [1] 13/21
last [3] 6/18 8/17 12/23
law [3] 7/7 9/23 14/18
leader [1] 9/15
leave [1] 15/21
left [2] 6/2 6/17
legal [2] 13/8 14/22
less [1] 9/6
let [1] 15/10
let's [1] 15/2
letters [2] 5/13 7/19
level [3] 4/15 5/9 15/15
life [3] 7/15 10/11 11/10
like [5] 8/7 8/9 9/22 11/12 11/16
little [1] 7/11
lived [1] 6/5
lives [1] 10/20
living [1] 11/2
look [1] 6/17
looking [1] 12/10
LOUI [2] 1/17 3/10
love [2] 9/5 10/11
loved [1] 9/4
loves [4] 9/8 9/8 10/18 10/25
loving [1] 7/5
low [1] 8/3
loyal [1] 10/8
luck [1] 16/9

## M

ma'am [2] 3/12 16/11
made [1] 15/14
Magistrate [1] 3/17
Mail [2] 1/23 16/25
make [2] 6/4 13/8
making [1] 10/15
mandatory [1] 14/12
manner [1] 4/19
Manual [1] 14/2
many [1] 5/19
March [1] 3/17
March 23 [1] 3/17
marijuana [1] 6/23
married [1] 7/7
Marshal [1] 16/9
Martin [3] 2/6 8/10 8/13
masks [2] 3/3 16/17
matter [1] 16/16
may [5] 8/11 14/23 15/14 16/10 16/12
me [8] 11/23 11/25 12/1 14/4 14/6 15/9
 15/10 15/23
means [3] 1/11 12/4 12/6
mechanical [1] 1/24
meet [1] 6/4
MEITL [3] 1/14 2/9 3/8
members [1] 8/7
methamphetamine [1] 6/23
MICHAEL [5] 1/7 3/5 3/6 3/15 13/11
might [1] 11/20
mine [1] 11/10
missed [2] 10/22 10/25
mixed [1] 9/1
mom [1] 8/20
months [5] 5/10 12/20 12/21 13/13
 14/14
more [1] 11/5
most [1] 10/24

## M

mother [9] 2/2 6/3 6/23 9/18 9/21
11/5 11/6 12/1
motion [2] 2/11 15/4
motorcycle [1] 6/19
move [1] 15/5
moving [1] 9/19
MR [2] 1/14 2/9
Mr. [22]
Mr. Dupree [21]
Mr. Dupree's [1] 7/12
MS [5] 1/17 1/21 2/5 2/6 2/7
Ms. [3] 4/18 8/13 16/4
Ms. Itoh [2] 4/18 16/4
Ms. Martin [1] 8/13
much [1] 6/2
must [1] 16/3
my [17]
myself [2] 9/13 12/6

## N

name [1] 3/14
necessary [2] 12/6 14/15
need [2] 11/23 11/24
needed [1] 10/25
needs [5] 9/7 9/11 9/11 11/25 12/1
never [3] 10/7 11/8 12/1
nevertheless [1] 7/13
new [1] 12/3
Next [1] 3/4
no [6] 1/4 5/1 5/4 13/20 16/7 16/21
NORTHERN [4] 1/2 1/15 1/18 16/22
not [16] 4/12 5/23 6/7 6/14 7/5 7/9 8/20
10/1 10/24 11/2 13/16 13/17 13/20
14/14 14/23 16/1
nothing [3] 9/18 14/24 14/25
notice [3] 15/23 15/25 16/2
now [11] 7/5 8/18 9/7 9/22 11/2 11/19
12/4 12/25 13/3 14/6 14/21
Number [2] 3/5 13/11

## O

objections [3] 5/1 5/4 13/8
October [1] 16/19
off [1] 11/9
offense [8] 3/25 4/2 4/4 4/12 4/15 5/9
14/17 15/15
offered [2] 13/15 14/4
officer's [1] 5/5
Official [1] 16/22
often [1] 6/7
Okay [3] 8/25 9/24 10/6
old [2] 9/6 9/10
one [9] 7/18 9/7 9/9 10/6 10/14 10/22
10/23 11/9 11/24
only [3] 10/24 11/2 12/18
open [2] 14/9 14/11
order [4] 4/5 13/16 14/3 14/6
ordered [1] 13/20 14/12
other [5] 5/23 7/21 13/21 14/2 14/7
others [1] 7/25
our [4] 10/13 10/16 10/18 10/23
out [4] 8/16 12/23 13/4 14/3
Outstanding [1] 9/14
overcome [1] 7/3
own [5] 5/3 5/25 6/3 9/9 10/23
owning [1] 10/23

## P

P.J [2] 1/14 3/8

## p.m

p.m [2] 1/8 3/2
PAGE [1] 2/2
pandemic [1] 16/16
pans [1] 6/11
paragraph [1] 14/16
pardon [1] 15/9
parent [1] 7/5
parents [3] 5/23 6/22 8/17
parks [1] 6/6
part [1] 8/19
participants [2] 3/3 16/17
parties [2] 3/7 14/22
past [1] 11/1
patch [1] 8/16
patient [1] 10/14
pauperis [1] 15/21
pay [3] 13/18 14/12 15/22
Penny [2] 2/6 8/9
people [4] 9/15 10/7 11/21 12/2
Perhaps [1] 6/24
period [1] 13/13
permission [1] 8/6
person [1] 11/21
picked [1] 9/10
pictures [1] 9/14
place [1] 12/5
placement [1] 8/4
plans [3] 7/23 10/13 12/7
play [2] 10/18 10/19
player [1] 10/16
plea [10] 3/18 3/22 3/23 4/6 4/8 4/8 4/9
4/12 4/16 15/17
please [3] 3/13 11/14 15/25
pled [1] 4/10
plus [1] 5/12
portraits [1] 9/13
possession [1] 3/19
possible [1] 8/5
pots [1] 6/11
poverty [1] 6/10
practice [1] 6/15
prescribed [1] 16/18
presence [1] 3/13
present [2] 7/15 12/11
presentence [3] 4/19 5/2 5/5
pretty [1] 12/22
Prior [1] 7/16
prison [2] 12/23 12/24
Prisons [2] 13/12 13/15
probation [1] 5/4
proceed [1] 3/7
proceeding [1] 15/12
proceedings [5] 1/24 2/2 16/14 16/16
16/17
produced [1] 1/25
productive [1] 10/19
program [3] 7/4 9/18 13/15
promote [1] 14/18
protect [1] 14/19
provide [1] 14/17
provided [1] 7/14
public [3] 1/18 10/1 14/19
punched [1] 6/11
punishment [1] 14/17
purposes [4] 4/13 8/18 8/24 14/15
pursuant [1] 4/8
putting [1] 9/19

## Q

question [2] 9/8 9/8
questions [1] 16/6
quickly [1] 12/3

## R

racial [1] 6/14
range [4] 5/10 5/11 5/11 8/3
RDAP [2] 7/4 8/4
read [2] 5/14 14/8
reading [1] 14/11
ready [2] 3/7 3/11
really [1] 6/8
reason [1] 14/23
reasons [2] 8/2 14/21
receipt [1] 14/7
receive [1] 4/18
received [3] 4/24 5/13 12/19
recently [1] 12/2
recommend [2] 7/4 13/14
recommended [1] 13/25
record [3] 3/14 10/5 16/15
reflect [2] 4/11 14/16
reflective [1] 7/2
release [4] 5/10 13/22 13/23 13/24
released [1] 8/1
relevant [1] 4/14
reliable [1] 11/3
relied [1] 6/24
remanded [1] 16/8
remembers [1] 7/1
report [4] 4/19 4/20 5/2 5/5
reported [1] 1/24
REPORTER [2] 1/21 16/22
Reporter's [2] 2/13 16/14
resented [1] 6/9
reserved [1] 15/13
resources [1] 13/18
respect [1] 14/18
Restitution [1] 13/20
resume [2] 4/3 13/7
retain [1] 15/13
returned [2] 14/6 15/24
review [1] 14/4
reviewed [2] 4/9 4/21
revocation [1] 14/10
right [18]
right -- let [1] 15/10
rights [1] 15/18
RMR [3] 1/21 16/15 16/21
Room [3] 1/19 1/21 16/23
rough [1] 8/16
Ruling [1] 2/12

## S

sacrificing [1] 10/21
SAENZ [4] 1/21 16/15 16/20 16/21
safe [1] 6/6
saw [2] 7/20 9/9
say [3] 8/14 10/4 11/6
saying [1] 8/16
scars [1] 6/21
searching [1] 9/3
seated [1] 8/11
Section [3] 13/5 14/1 14/16
Sections [1] 3/20
see [3] 8/5 11/19 15/3
seen [1] 10/24
self [1] 10/21

S

self-sacrificing [1] 10/23
sent [1] 9/14
sentence [11] 2/10 4/17 13/3 13/9
14/14 14/21 14/23 15/1 15/9 15/11
15/24
sentencing [8] 1/10 2/4 3/4 4/13 13/6
13/6 13/25 14/1
separate [1] 14/3
seriousness [2] 4/11 14/17
set [4] 5/5 13/4 14/3 14/15
sets [1] 6/22
several [2] 5/13 9/13
shall [2] 13/22 13/24
she [8] 6/4 6/4 6/10 6/10 6/11 6/19
6/20 8/15
She's [2] 9/12 11/25
shirt [1] 11/9
shortly [1] 8/1
show [1] 8/19
signature [2] 14/5 14/7
signed [3] 14/3 15/24 16/19
single [1] 7/5
sir [8] 8/11 11/15 11/16 12/14 16/6
16/7 16/9 16/13
sit [1] 10/17
sitting [1] 12/9
situation [2] 6/16 11/2
slapped [1] 6/10
slur [1] 6/14
so [18]
society [1] 13/21
some [2] 8/6 12/5
something [1] 5/14
son [3] 9/6 10/16 10/18
sons [2] 7/9 10/13
soon [1] 11/3
speaking [1] 10/1
special [1] 14/12
sprinkler [1] 10/19
stable [1] 11/1
stand [1] 8/19
standard [1] 13/24
started [2] 6/23 8/16
state [1] 13/3
stated [3] 14/21 14/23 15/1
Statements [1] 2/4
STATES [10] 1/1 1/4 1/11 1/14 3/6
3/20 13/5 13/25 16/9 16/19
stating [1] 3/14
statutory [1] 4/13
stenography [1] 1/24
step [1] 11/14
stepped [2] 7/6 7/8
sterilizing [1] 7/17
stolen [1] 3/20
stop [1] 9/19
Street [4] 1/15 1/19 1/21 16/23
struggled [1] 6/4
subject [1] 14/10
submit [1] 7/1
submitted [1] 7/19
such [1] 11/18
sufficient [1] 14/14
Suite [1] 1/15
superseding [2] 3/19 4/7
supervised [3] 5/10 13/23 13/24
supervision [1] 5/12
support [2] 9/5 11/1

supported [1] 3/23
supporting [1] 7/8
suspect [1] 5/18
system [1] 11/1

T

take [1] 12/1
taken [4] 4/8 4/14 7/23 9/14
talented [3] 7/17 10/16 10/24
talking [1] 9/7
tattoo [1] 7/25
Taylor [1] 1/19
teaching [2] 7/21 7/24
Telephone [4] 1/16 1/20 1/22 16/24
term [1] 13/23
TERRY [1] 1/11
TEXAS [10] 1/2 1/5 1/15 1/16 1/18
1/19 1/22 16/21 16/22 16/24
than [5] 5/23 9/6 11/5 13/21 14/15
Thank [14] 3/12 4/23 5/18 8/12 9/20
9/21 9/24 11/11 11/15 12/15 12/16
13/2 16/11 16/13
that [62]
that's [4] 9/2 9/6 9/8 10/3
their [5] 5/25 10/20
them [9] 8/8 10/15 10/15 11/23 14/8
14/8 14/9 14/10 14/11
then [2] 6/2 15/1
there [4] 5/1 5/4 11/5 13/20
there's [2] 7/11 9/18
therefor [1] 14/22
Therefore [1] 4/16
they [7] 5/23 5/24 5/25 6/1 9/7 10/20
11/21
think [6] 5/20 6/8 9/17 9/18 10/24 12/4
thinking [1] 12/12
this [12] 4/8 5/19 9/18 9/19 10/1 12/10
12/12 12/25 13/1 14/4 15/25 16/6
those [7] 5/3 5/6 5/14 8/2 14/7 15/13
16/18
thought [1] 11/18
three [2] 6/3 11/23
threw [1] 6/11
through [2] 5/21 12/19
time [3] 3/18 4/1 12/24
timely [2] 4/19 4/24
Title [1] 13/4
today [5] 7/8 10/10 10/10 11/16 12/9
told [3] 4/1 5/25 6/20
too [1] 6/2
took [1] 11/8
took -- and [1] 11/8
top [1] 12/21
total [3] 4/15 5/9 15/15
trailer [1] 6/5
trampoline [1] 10/18
transcribed [1] 1/24
transcript [4] 1/10 1/24 16/15 16/18
transportation [1] 11/4
treatment [1] 13/15
tried [2] 8/18 9/4
true [1] 16/15
truly [1] 11/19
trying [3] 6/3 11/25 12/5
two [8] 6/1 6/22 7/9 7/23 9/10 10/12
11/2 11/23
type [1] 10/7

U

U.S [1] 14/1

unable [1] 15/22
unclear [1] 7/12
undermine [1] 14/9
understand [3] 8/22 11/20 15/25
understanding [2] 12/4 14/8
understood [1] 4/1
UNITED [10] 1/1 1/4 1/11 1/14 3/5
3/20 13/4 13/25 16/9 16/19
unloved [2] 6/22 6/25
until [1] 12/2
unusual [2] 5/22 6/8
unwanted [1] 6/22
up [9] 6/16 7/6 7/8 8/19 9/1 9/10 10/4
11/24 15/10
upon [2] 13/22 14/22
us [1] 11/7
used [2] 6/13 11/18
using [1] 6/23

V

various [2] 3/3 16/16
versus [2] 1/6 3/6
very [3] 10/1 10/19 13/1
VI [1] 5/10
via [1] 16/17
victim [1] 13/21
videoconference [1] 16/17
violation [2] 3/20 14/10
VOLUME [1] 1/10
voluntariness [1] 15/17
voluntary [1] 3/23

W

waive [1] 14/11
waived [3] 15/2 15/10 15/11
waived -- let's [1] 15/2
waiver [2] 14/8 15/17
waivers [1] 15/13
want [3] 5/23 8/14 8/17
wanted [1] 9/4
wants [3] 7/15 7/24 7/25
was [16] 3/23 4/8 5/24 6/2 6/3 6/4 6/12
6/12 6/16 6/17 6/18 6/19 8/15 9/3 9/10
12/2
watch [1] 10/17
we [9] 4/21 4/22 7/1 8/9 9/22 10/3
10/12 10/22 15/3
we're [4] 3/11 8/2 8/3 8/4
We've [2] 4/21 7/18
wearing [1] 3/3
well [1] 13/1
went [2] 5/21 12/24
were [6] 5/24 9/7 10/13 11/18 16/17
16/17
weren't [1] 6/6
what [8] 8/13 8/19 10/4 11/18 11/20
12/2 12/4 12/10
what's [1] 6/8
when [4] 6/17 6/18 7/25 9/10
whether [1] 7/12
which [5] 3/17 4/10 6/9 12/19 12/20
while [2] 12/7 13/23
white [1] 6/12
who [7] 5/19 7/8 7/9 8/10 10/12 10/25
11/25
why [1] 14/23
wife [3] 9/23 11/25 12/11
will [5] 4/12 4/17 9/18 13/8 16/4
wish [2] 12/17 16/3
wished [1] 6/20

## W

within [1] 16/23
wonderful [1] 10/12
word [2] 2/14 6/13
wore [1] 16/17
work [5] 7/25 9/15 12/5 12/7 12/7
worked [2] 7/16 13/1
working [1] 6/4
world [2] 11/7 11/7
world -- give [1] 11/7
worse [1] 6/11
WORTH [10] 1/3 1/5 1/16 1/19 1/22
 7/22 8/4 8/5 16/23 16/24
would [8] 8/7 8/9 9/22 10/17 11/7 11/8
 11/12 11/16
writing [1] 16/4
wrong [1] 9/2
wrote [2] 6/19 10/1

## Y

yahoo.com [2] 1/23 16/25
year [1] 9/6
years [9] 5/11 7/23 8/18 10/11 12/20
 12/23 12/24 12/25 13/23
Yes [6] 3/8 4/25 5/16 15/5 16/11 16/13
you [54]
you'll [1] 10/7
young [1] 9/6
younger [1] 6/14
your [28]